IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD ROSS | : | CIVIL ACTION |
| v. | : | No. 12-2631 |
| CONTINENTAL TIRE OF AMERICAS, LLC, et al. | : | |

## **ORDER**

AND NOW, this 16th day of April, 2013, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendants Continental Tire of Americas, LLC and Kevin Gilhuly's Motion for Summary Judgment (Document 28) is GRANTED. Judgment is entered in favor of Defendants and against Plaintiff Ronald Ross on all Counts of the Complaint.

It is further ORDERED Defendants' Motions in Limine to Preclude Certain Documents (Document 44), to Exclude Certain Irrelevant and Inadmissible Evidence (Document 45), and to Preclude Plaintiff from Offering any Evidence on the Issue of Damages as to Front Pay (Document 47) are DENIED as moot.

The Clerk of Court is DIRECTED to mark this case CLOSED

BY THE COURT:


\_\_\_\_/s/ Juan R. Sánchez_____
Juan R. Sánchez, J.